UNITED STATES of America, Plaintiff–Appellee,

v.

Alick BENNER, Defendant–Appellant.

No. 02–10594.

D.C. No. CR–01–05253–OWW.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Sherrill LaPrade Carvalho, Esq., United States Attorney's Office, Fresno, CA, for Plaintiff–Appellee.

Carolyn D. Phillips, Esq., Fresno, CA, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Alick Benner appeals his guilty-plea conviction and 57–month sentence imposed for committing assault with a dangerous weapon, in violation of 18 U.S.C. § 113(a)(3). Benner's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Benner has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.